# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150695(157)

*In re* APPLICATION OF MICHIGAN ELECTRIC
TRANSMISSION COMPANY FOR
TRANSMISSION LINE

_____

CHARTER TOWNSHIP OF OSHTEMO,
       Appellant,

v

MICHIGAN ELECTRIC TRANSMISSION
COMPANY, LLC,
       Petitioner-Appellee,

and

MICHIGAN PUBLIC SERVICE COMMISSION,
       Appellee.

_____/

SC: 150695
COA: 317893
MPSC No.: 00-017041

     On order of the Chief Justice, the motion of appellant to file a response to the reply filed by appellee Michigan Public Service Commission on October 25, 2016, is GRANTED. The response submitted on November 4, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

     November 9, 2016            

                                    Clerk